# UNITED STATES DISTRICT COURT
## Judicial District of Puerto Rico

## Waiver of Hearing to Modify Conditions of Probation/Supervised Release

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Supervised Release or my period of supervision being extended. By "assistance of counsel, " I understand that I have the right to be represented at the hearing by counsel of my choosing if I am able to retain counsel.   I  also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Supervised Release:

Ramon Luis Caraballo-Vega, as a special condition of supervision, shall participate in an outpatient or inpatient substance abuse treatment program as approved by the U.S. Probation Officer for treatment of narcotic addiction or drug dependency, which may include counseling and testing, to determine if the supervised releasee has reverted to the use of drugs, until discharged by the Program Director and the Probation Officer.   Ramon Luis Caraballo-Vega shall abstain from using illicit drugs and alcohol, and abusing prescription medications during the period of supervision.

Ramon Luis Caraballo-Vega shall pay all or contribute to the costs of treating his drug dependency/alcohol dependency to the aftercare contractor during the period of supervision, pursuant to 18 USC 3672. Ramon Luis Caraballo-Vega shall provide proof of payments as directed by the Probation Officer.

Witness: _____         Signed: _____
Rosa Huertas                                          Ra Pon Luis Caraballo-Vega
U. S. Probation                                       Supervised Releasee

Date: September 8, 2004