AO 458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

FOR THE _____ DISTRICT OF _____ PUERTO RICO _____

UNITED STATES OF AMERICA,                         **APPEARANCE**

                    v.                                        CASE NUMBER: 99-218(PG)

RAMON LUIS CARABALLO-VEGA

To the Clerk of this court and all parties of record:

        Enter my appearance as counsel in this case for the United States of America.
Additionally it is respectfully requested that electronic notification to Assistant U.S. Attorney
Sonia Torres be terminated.

November 19, 2004 _____               __/s/ *George A. Massucco* _____
*Date*                                     *Signature*

                                           *GEORGE A. MASSUCCO, AUSA* _____
                                           *Print Name*

                                           *Room 1201, Torre Chardon,* _____
                                           *350 Carlos Chardon Street* _____
                                           *Hato Rey, Puerto Rico 00918* _____
                                           *Address*

                                           *(787) 766-5656* _____
                                           Phone Number
                                           george.massucco@usdoj.gov
                                           E-mail Address

**Notice of Appearance**
**Page 2**

<u>**CERTIFICATE OF SERVICE**</u>

I HEREBY CERTIFY that on this date November 19, 2004, I electronically filed the

foregoing with the Clerk of the Court using the CM/ECF system which will send  notification to

all the parties.

/s/ *George A. Massucco*
George A. Massucco, AUSA
Torre Chardón, Suite 1201
350 Carlos Chardón Avenue
Hato Rey, Puerto Rico 00918
(787) 766-5656
E-mail Address: george.massucco@usdoj.gov