**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

UNITED STATES OF AMERICA,
    Plaintiff,

        vs.                                      Criminal No. 99-218-05(PG)

RAMON LUIS CARABALLO-VEGA,
    Defendant.

| MOTION | ORDER |
|---|---|
| **DOCKET #223** - Motion Recommending Modification of Supervised Release Conditions. | **GRANTED.** |

Date: November 28, 2004.

                                                      <u>S/JUAN M. PÉREZ-GIMÉNEZ</u>
                                                      U.S. District Judge